ATTORNEY GRIEVANCE COMMISSION *
OF MARYLAND

                                  *

        Petitioner,

                                  *

v.

                                  *

TABATHA KARINA CUADRA

                                  *

        Respondent

                                  *

IN THE
COURT OF APPEALS
OF MARYLAND

Misc. Docket AG No. 36

September Term, 2014

## **ORDER**

The Court, having considered the parties' Joint Petition For Indefinite Suspension By Consent in which Bar Counsel and Respondent agreed that Respondent violated Maryland Lawyers' Rules of Professional Conduct (MLRPC) 1.1, 1.3, 1.15, 5.3, 8.1(b), 8.4(a) and 8.4(d) and Rule 16-606.1 of the Maryland Rules, it is this 25th day of August, 2014.

**ORDERED**, by the Court of Appeals of Maryland that Tabatha Karina Cuadra be, and she is hereby, suspended indefinitely from the practice of law in the State of Maryland, such suspension to become effective sixty (60) days from the date of this Order; and it is further

**ORDERED**, that the sixty (60) days prior to effective date of the indefinite suspension shall be used by Ms. Cuadra exclusively to conclude existing (as of the effective date of this order) client matters and to take steps necessary to protect the interest of those clients; and it is further

**ORDERED**, that the Respondent will undertake no new matters and/or provide legal advice to new clients during this sixty (60) day period; and it is further

**ORDERED**, that costs in connection with these proceedings and Bar Counsel's investigation in this matter are waived by agreement of the parties; and it is further

**ORDERED**, that sixty (60) days from the date of entry of this Order, the Clerk of this Court shall remove the name of Tabatha Karina Cuadra, from the register of attorneys of the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Glenn T. Harrell, Jr.
Senior Judge